UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WIRLIN AQUILES RECIO PUJOLS,

                    Movant,

      -against-

UNITED STATES OF AMERICA,

                Respondent.

25-CV-10851 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

Movant Wirlin Aquiles Recio Pujols, who resides in Hackensack, New Jersey, filed this *pro se* motion under 28 U.S.C. § 2255, challenging an unspecified conviction in an unspecified court. By order dated January 29, 2026, and entered on January 30, 2026, the Court directed Movant to file an amended motion within 60 days. That order specified that failure to comply would result in denial of the motion. Movant has not filed an amended motion. Accordingly, the motion under Section 2255 is denied without prejudice.

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:   May 4, 2026
         New York, New York

                                    *Louis L. Stanton*
                                    Louis L. Stanton
                                    U.S.D.J.