UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WIRLIN AQUILES RECIO PUJOLS,

                    Movant,

       -against-

UNITED STATES OF AMERICA.,

                 Respondents.

25 CIVIL 10851 (LLS)

CIVIL JUDGMENT

For the reasons stated in the May 4, 2026, order, the motion under Section 2255 is denied without prejudice.

      SO ORDERED.

Dated:   May 6, 2026
          New York, New York

                      /s/ Louis L. Stanton
                      LOUIS L. STANTON
               United States District Judge